No. 10–1515.  YI DONG CHEN v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir.  Certiorari denied.

No. 10–1516.  HADDAD v. DECRISTOFARO ET AL.  C. A. 1st Cir. Certiorari denied.

No. 10–1517.  FLINT v. COACH HOUSE, INC., ET AL.  Ct. App. Ky.  Certiorari denied.

No. 10–1520.  JABLONSKI ET AL. v. CITY OF BLOOMINGTON, INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 10–1522.  SHIPLET v. VILSACK, SECRETARY OF AGRICULTURE.  C. A. 9th Cir.  Certiorari denied.

No. 10–1523.  SGE MANAGEMENT, LLC, ET AL. v. TORRES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–1524.  GYAMFI v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–1525.  HOOVER v. WALLEY ET AL.  Ct. App. Cal., 4th App. Dist., Div. 3.  Certiorari denied.

No. 10–1526.  FERNANDES ET UX. v. SPARTA TOWNSHIP COUNCIL ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 10–1527.  HALVORSON ET UX. v. NORTH LATAH COUNTY HIGHWAY DISTRICT ET AL.  Sup. Ct. Idaho.  Certiorari denied.

No. 10–1529.  KELLY v. WEST VIRGINIA BOARD OF LAW EXAMINERS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–1530.  HARDING v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 10–1531.  PUERTO RICO TELEPHONE CO., INC. v. CENTENNIAL PUERTO RICO LICENSE CORP. ET AL.  C. A. 1st Cir.  Certiorari denied.